UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ABDUL EL-AZIZ,

         Petitioner,

- against -

DARWIN LECLAIR,

         Respondent.

------------------------------------X

**OPINION AND ORDER**

07 Civ. 2189 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is hereby directed to amend the last sentence of the second paragraph of Abdul El-Aziz v. LeClair No. 07 Civ 2189, 2008 WL 4443849 at *4, to state: "Penal Law 70.25 (a-2) does *not* . . ." The same change is made to the last sentence of paragraph one of Abdul El-Aziz v. LeClair, 2008 U.S. Dist. LEXIS 75301 at *13.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           October 17, 2008